IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED DELLARD, | ) | 4:05CV3249 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| AAA OF NEBRASKA, INC, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned will commence another jury trial on November 13, 2006. Accordingly,

IT IS ORDERED that this matter is removed from the undersigned's trial docket and is continued until further order of this court. Magistrate Judge Thalken is requested to reschedule this matter for trial.

November 7, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge